PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL V. CLINE, | CIVIL NO. 2:24-cv-01609-JDP |
| Plaintiff, | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |
| v. | |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will instruct the administrative law judge (ALJ) to reevaluate the medical opinions and prior administrative medical findings; reevaluate Plaintiff's residual functional capacity; continue the sequential evaluation process as needed, including obtaining vocational expert testimony, if warranted; take further action to

STIPULATION TO REMAND; 2:24-cv-01609-JDP

complete the administrative record; offer Plaintiff an opportunity for a hearing; and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                    Respectfully submitted,

DATE: August 6, 2024           /s/ John David Metsker*
                                        JOHN DAVID METSKER
                                        Attorney for Plaintiff
                                        *Authorized via e-mail on August 6, 2024

                                        PHILLIP A. TALBERT
                                        United States Attorney

                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Office of Program Litigation, Office 7

DATE: August 6, 2024           By: /s/ *Justin L. Martin*
                                        JUSTIN L. MARTIN
                                        Special Assistant United States Attorney
                                        Office of Program Litigation, Office 7

                                        Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

1
2   IT IS SO ORDERED.
3
4   Dated:   August 8, 2024              _____
5                                        JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO REMAND; 2:24-cv-01609-JDP